Law Offices of Brown and Seelye
744 S Fawcett Ave
Tacoma, WA 98402
253-573-1958

Case Name:  Sabrina Dawn Bright

Case No.: 17-40682-MJH

ATTORNEY ELLEN ANN BROWN: EAB

| Date | Description | Initials | Postage | Copies | Time |
|---|---|---|---|---|---|
| 12/29/16 | Free Consultation | EAB | | | 0.0 |
| 1/16/17 | Meeting with client; review documents; do questionnaire | EAB | | | 1.5 |
| 2/25/17 | Prepare Chapter 13 and supporting documents | EAB | | | 2.0 |
| 2/16/17 | Meeting with client; review and sign paperwork | EAB | | | 1.0 |
| 2/28/17 | Finalize and file bankruptcy with court | EAB | | | 1.0 |
| 3/1/17 | Review repeat filer notification | EAB | | | .1 |
| 3/3/17 | Review Central Williamette Comm CU claim | EAB | | | .1 |
| 3/9/17 | Review TMobile claim | EAB | | | .1 |
| 3/9/17 | Emails to/from client re: transaction history from bank | EAB | | | .2 |
| 3/14/17 | Review American First Finance claim | EAB | | | .1 |
| 3/23/17 | Review Chrysler Capital claim | EAB | | | .1 |
| 3/24/17 | Review Navient Solutions claim | EAB | | | .1 |
| 3/24/17 | Review Trustee question sheet for court; call to client | EAB | | | .2 |
| 3/30/17 | Court appearance: meeting of creditors | EAB | | | 1.0 |
| 4/5/17 | Review Motion for Relief Stay Central Williamette CU | EAB | | | .5 |
| 4/5/17 | Research re: setoffs, codebtors and relief from stay | EAB | | | .8 |
| 4/25/17 | Review LVNV claim | EAB | | | .1 |
| 5/12/17 | Review Order Confirming Plan | EAB | | | .1 |
| 6/2/17 | Call to Central Wiliamette CU re: poc | EAB | | | .1 |
| 6/2/17 | Prepare and file Application for Fees | EAB | | | .5 |
| | | | | | 9.6 |

Total: 9.6 * $350 per hour = $3360.00